522 A.2d 46

## EQUITABLE GAS COMPANY, A DIVISION OF EQUITABLE RESOURCES, INC., Appellant,

v.

## PENNSYLVANIA DEPARTMENT OF TRANSPORTATION, Thomas D. Larson, Dane Baird Investments, Inc., PFP Pipeline Company, Guardian Industries Corporation, Dane Baird, and J.W. Wells Acquisition Corp.

Supreme Court of Pennsylvania.

Argued March 10, 1987.

Decided March 11, 1987.

---

Dennis J. Lewis, Alder Cohen & Grigsby, P.C., Pittsburgh, for appellant.

Craig A. Doll, Harrisburg, for Dane Baird Investments, Inc., PFP Pipeline Co. and Dane Baird, President.

Michael H. Kline, Spencer A. Manthorpe, Harrisburg, Dept. of Transp., for Dept. of Transp. and Thomas D. Larson.

Norman J. Kennard, Richard J. Gmerek, Tucker Arensberg, P.C., Harrisburg, for Guardian Industries Corp. and J.W. Wells Acquisition Corp.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

AND NOW, this 10th day of March, 1987, this matter being improperly filed in this Court as a direct appeal, is now being treated as a Petition for Allowance of Appeal pursuant to Rule 1112 of the Rules of Appellate Procedure, 42 Pa.C.S. § 724(a) and is hereby denied.

LARSEN and ZAPPALA, JJ., dissent.